IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MIGUEL MORENO-CORTEZ,<br>Defendant. | Case No. ~~3:20-mj-00214-MMS~~<br>3:20-mj-00585-MMS |

**AFFIDAVIT IN SUPPORT OF COMPLAINT**

I, **David Chaffin**, having been duly sworn, state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am employed as an Alaska State Trooper currently assigned as a Task Force Officer [TFO], Immigration and Customs Enforcement [ICE], Homeland Security Investigations [HSI], currently assigned to the Anchorage, Alaska Office of the Resident Agent in Charge. My duties and responsibilities include executing and serving federal warrants, subpoenas, and other official orders; making warrantless arrests, and investigating violations of federal law. I have been employed as an Alaska State Trooper since 2009, and I have been designated as a Task Force Officer with HSI under 19 U.S.C. § 1401 since August of 2020.

2. I received basic law enforcement training at the Alaska Department of Public Safety Training Academy in 2009, and have since received regular ongoing training in law enforcement and criminal investigation through the Alaska Department of Public Safety

and through the Federal Law Enforcement Training Center in Glynco, GA. I have also attended a Homeland Security Investigations basic Task Force Officer Training.

3. I am a law enforcement officer as defined in 18 U.S.C. § 2510(7). As a Task Force Officer I am also a law enforcement officer within the meaning of 19 U.S.C. § 1589(a), and am empowered to serve any warrant issued under the authority of the United States. I am further empowered to conduct investigations, and make arrests for offenses enumerated in 18 U.S.C. § 554 and other federal offenses.

4. In my present assignment, my day to day duties involve the investigation of customs matters primarily related to drug trafficking, firearms and money laundering offenses. I have been involved in numerous criminal investigations either as a participating investigator or as the case agent.

**CURRENT INVESTIGATION**

5. On April 16, 2020, elements of the Mexican police and Customs were conducting routine checkpoint operations when a tractor-trailer was randomly selected for secondary inspection. The law enforcement officials then sent the vehicle to be scanned by a mobile scanning machine. During the scan, the officials noticed an anomaly that ultimately led to the search of the trailer. Inside the trailer, the officials located two refrigeration units bolted to pallets. The Mexican officials removed the pallets and searched the refrigeration units where they located twenty-four firearms, ammunition, firearms magazines and ballistic vests.






6. On May 26, 2020, ATF Special Agent Chase Bynog conducted a telephonic interview of Andrew Lee KROESING, DOB 12/23/1987. Based on firearm traces, KROESING was the original purchaser of a Morrissy Inc., Model AAM-74, 5.45 Caliber, rifle bearing serial number AA5-000773. That firearm was recovered in Mexico on April 16, 2020. KROESING who purchased the firearm on 11/29/2018 from FFL Arctic Ammo and Reloading Supplies LLC in Wasilla, Alaska stated he sold the firearm in Alaska on April 13, 2019 to an individual he identified as Miguel LNU (last name unknown), a white male, in his early 20's, who provided a telephone number of **907-854-7116**. KROESING stated that telephone number **907-854-7116** was utilized by Miguel LNU to set up the purchase of the firearm.

7. In August 2020, S/A Bynog conducted an interview regarding the results of the trace of another firearm seized in Mexico on April 16, 2020. A MOLOT (Vyatskie Polyany Machine Building Plant), Model VEPR, 12 gauge, shotgun bearing serial number

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MIGUEL MORENO-CORTEZ,

Defendant.

Case No. ~~3:20-mj-00214-MMS~~

3:20-mj-00585-MMS

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, **David Chaffin**, having been duly sworn, state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am employed as an Alaska State Trooper currently assigned as a Task Force Officer [TFO], Immigration and Customs Enforcement [ICE], Homeland Security Investigations [HSI], currently assigned to the Anchorage, Alaska Office of the Resident Agent in Charge. My duties and responsibilities include executing and serving federal warrants, subpoenas, and other official orders; making warrantless arrests, and investigating violations of federal law. I have been employed as an Alaska State Trooper since 2009, and I have been designated as a Task Force Officer with HSI under 19 U.S.C. § 1401 since August of 2020.

2. I received basic law enforcement training at the Alaska Department of Public Safety Training Academy in 2009, and have since received regular ongoing training in law enforcement and criminal investigation through the Alaska Department of Public Safety

and through the Federal Law Enforcement Training Center in Glynco, GA. I have also attended a Homeland Security Investigations basic Task Force Officer Training.

3. I am a law enforcement officer as defined in 18 U.S.C. § 2510(7). As a Task Force Officer I am also a law enforcement officer within the meaning of 19 U.S.C. § 1589(a), and am empowered to serve any warrant issued under the authority of the United States. I am further empowered to conduct investigations, and make arrests for offenses enumerated in 18 U.S.C. § 554 and other federal offenses.

4. In my present assignment, my day to day duties involve the investigation of customs matters primarily related to drug trafficking, firearms and money laundering offenses. I have been involved in numerous criminal investigations either as a participating investigator or as the case agent.

## CURRENT INVESTIGATION

5. On April 16, 2020, elements of the Mexican police and Customs were conducting routine checkpoint operations when a tractor-trailer was randomly selected for secondary inspection. The law enforcement officials then sent the vehicle to be scanned by a mobile scanning machine. During the scan, the officials noticed an anomaly that ultimately led to the search of the trailer. Inside the trailer, the officials located two refrigeration units bolted to pallets. The Mexican officials removed the pallets and searched the refrigeration units where they located twenty-four firearms, ammunition, firearms magazines and ballistic vests.





6. On May 26, 2020, ATF Special Agent Chase Bynog conducted a telephonic interview of Andrew Lee KROESING, DOB 12/23/1987. Based on firearm traces, KROESING was the original purchaser of a Morrissy Inc., Model AAM-74, 5.45 Caliber, rifle bearing serial number AA5-000773. That firearm was recovered in Mexico on April 16, 2020. KROESING who purchased the firearm on 11/29/2018 from FFL Arctic Ammo and Reloading Supplies LLC in Wasilla, Alaska stated he sold the firearm in Alaska on April 13, 2019 to an individual he identified as Miguel LNU (last name unknown), a white male, in his early 20's, who provided a telephone number of **907-854-7116**. KROESING stated that telephone number **907-854-7116** was utilized by Miguel LNU to set up the purchase of the firearm.

7. In August 2020, S/A Bynog conducted an interview regarding the results of the trace of another firearm seized in Mexico on April 16, 2020. A MOLOT (Vyatskie Polyany Machine Building Plant), Model VEPR, 12 gauge, shotgun bearing serial number

15VAT4445 was traced to original purchaser Jason Jack Lind, DOB: 08/10/1978. LIND stated he sold the firearm on the, "Alaska's List" website in Alaska on May 5, 2019 to a young Hispanic male and provided a bill of sale. On the bill of sale, the purchaser of the firearm is listed as Miguel A. MORENO-CORTEZ with an address of 10813 Neocola Cir Eagle River, AK 99577, telephone number **907-854-7116**. Examination of public and non-public records confirmed MIGUEL LNU and Miguel A. MORENO-CORTEZ were in fact the same individual.

[Bill of Sale for Gun, dated 5.5.19, between Jason Lind (seller) and Miguel A. Moreno-Cortez (buyer), 10813 Neocola Cir., Eagle River, AK 99577, phone 1-907-854-7116. Make: Vept12, Model: VPR-12-01, Caliber: 12 ga., S/N: 15VAT4445, Cost: $1650.00]

8. On June 18, 2020, Mexican law enforcement officials intercepted four refrigeration units concealing 54 firearms and thousands of rounds of ammunition at a warehouse in Reynosa, Mexico. Through phone and social media analysis, it is believed that the drug-trafficking organization (DTO) Autodefensas de Michoacán Cartel, was the intended recipient for not only the April 16, 2020 firearm and ammunition shipment but also the shipment seized on June 18, 2020.




9. Cell phone data analysis revealed that approximately one month before the April 16, 2020 firearm seizure, MORENO-CORTEZ made multiple calls to/from an individual identified as Jesus Medina ESPINOZA, DOB: August 22, 1982. Based on post arrest interviews of several straw purchasers responsible for the majority of the firearms seized on June 18, 2020, ESPINOZA was identified as the person responsible for organizing the purchase and shipment of firearms to Mexico from the united States on June 18, 2020.

10. This intelligence links not only the two firearm seizures together, but also links both seizures to an international network of weapons and ammunition smugglers. The phone records show that MORENO-CORTEZ, who purchased firearms for shipment originating out of Alaska, is also in communication with individuals arranging the firearm shipment out of Roma, TX. The coordinated activity in these disparate states shows the extensive reach and the capabilities of this network.



11. Analysis of MORENO-CORTEZ' ICloud account delivered pursuant to an October 2, 2020 search warrant revealed he saved photos/video of multiple firearms on his account. Several photos and one video analyzed show a firearm clearly identifiable as a Norinco, model Mak 90 Sporter, 7.62 x 39 mm caliber rifle bearing serial number 9403139. That firearm on MORENO-CORTEZ' ICloud account was part of the firearm/ammunition shipment recovered in Mexico on April 16, 2020.

12. Additionally, analysis of ICloud account information revealed several audio chats. The audio chats were in Spanish and the calls were interpreted by Special Agent Ty Bishop and Detective Ramon Dojaque, who are familiar with Spanish. Detective Ramon Dojaque is well-versed in the slang terms that appeared within the calls.

13. In summary, during an audio chat between MORENO-Cortez and a Mexican male listed as "Chopo" calling from Mexican phone number 52 14531166938; "Chopo" explains in part that El Morro (the Boy) and workers in McAllen were responsible for receiving and sending everything. "Chopo" further explains that El Morro was killed and how El Morro still may have all the "little toys" inside and who knows what happened to all of them. Agents believe that "little toys" refers to firearms.

14. In summary, during another audio chat between MORENO-Cortez and a Mexican male listed as "Ramon" with Mexican phone number 52 14531396490; "Ramon" says that when they arrive to let him know how much MORENO-Cortez wants for them and he will make the offer. "Ramon" goes on to explain that they need things to calm down, because in Los Reyes somebody went into "Ponchito's" area and it looks like it was Los Viagras. "Ramon" also states that people are saying they (Los Viagras) assisted La

Nueva. "Ramon" continues to say that Los Nueva united with Los Viagras and it is a mess. "Ramon" continues that he doesn't know what is going to happen, but he doesn't care, he is not going to protect the old man, son of a bitch, they can take him away. SA Bishop and Detective Dojaque noted that Los Reyes is a town in Michoacán and Los Viagras is a Mexican cartel operating in Michoacán. SA Bishop and Detective Dojaque also believe that La Nueva is a reference to the drug Cartel de Jalisco Nueva Generación (CJNG.)

15. Your affiant believes that probable cause exists that the MORENO-CORTEZ, knowing that the firearms were intended for exportation to Mexico, did conspire with others to buy and/or facilitate the the transportation of the Morrissy Inc., Model AAM-74, 5.45 Caliber, rifle bearing serial number AA5-000773, the MOLOT (Vyatskie Polyany Machine Building Plant), Model VEPR, 12 gauge, shotgun bearing serial number 15VAT4445, and the Norinco, model Mak 90 Sporter, 7.62 x 39 mm caliber rifle bearing serial number 9403139 to Mexico contrary to 18 USC §§ 554, 371.

David Chaffin, Affiant
Task Force Officer
Homeland Security Investigations

Sworn telephonically and signed digitally in Anchorage, Alaska this 9th day of December 2020.

UNITED STATES DISTRICT COURT MAGISTRATE JUDGE
DISTRICT OF ALASKA